UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Sarkis et al | Case No. CV 17-01851-AB (PLAx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Christina Lucen Costley et al | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 30, 2017                  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE